Oran Perryman Jr                    82 255-01        11/28/2014

Im just writing Yell to see IF my case is good or no is Im Going Back
Cause Yall get mine case on 10/9/2014 is I have not Heard NUN From the court
yet Someone Fuck up on my case tell me Somethink I just wanna go Back to state
School in San AntonIo I Dont Know NUN about court the taxs they lie on me just
Let me take the taxs going I will Show you can cell my grandma and askin
her Some Questions about me and She will Let you Know Somethink won I was
In the State School in San AntonIo the for time I taxt the man was asking the worker
Some Questions about me then my caseworker lie on me She was talking to the taxtman about
me then the worker was Sayin Somethink about the taxt But I was just marning
anythink on the people But IF I go Back I Just DO All my time there thank you
yall wrote me Back pisL

Or court Going overturn my case Let me go Home free
IF they Dont Find NUN On me

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 08 2015

Abel Acosta, Clerk